UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESARE G. DECREDICO,<br>    Defendant. | CR 15 36ML<br>Criminal Case No. _____<br>In violation of 18 U.S.C. § 2252(a)(4)(B) |

## INFORMATION

The United States Attorney charges that:

On or about December 18, 2014, in the District of Rhode Island, Defendant CESARE G. DECREDICO, did knowingly possess one or more matters which contained a visual depiction of sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been transported in interstate and foreign commerce and which was produced using materials which had been transported in interstate and foreign commerce in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

As a result of the offenses alleged in this information, pursuant to 18 U.S.C. § 2253, Defendant, CESARE G. DECREDICO, shall forfeit to the United States of America any and all property constituting visual depictions as described in 18 U.S.C. § 2253(a)(1); and any and all property used or intended to be used to commit or to

promote the commission of the offenses, including all computers, external hard drives, C.D.'s and other computer-related hardware and software that, were used or intended to be used to commit or to promote the commission of such offense as described in 18 U.S.C. § 2253(a)(3).

PETER F. NERONHA
United States Attorney
By:

GERARD B. SULLIVAN
Assistant U.S. Attorney

ADI GOLDSTEIN  Date: April 14, 2015
Criminal Chief

## CERTIFICATE OF SERVICE

On the 15th day of April 2015, the United States of America caused the within Government's Information and Plea Agreement to be filed electronically and it is available for downloading from the ECF system.

**John L. Calcagni III**
Law Office of John L. Calcagni III, Inc.
One Custom House Street
Suite 300
Providence, RI 02903
Email: jc@calcagnilaw.com

**John E. MacDonald**
Law Office of John E. MacDonald, Inc.
Suite 1440
Providence, RI 02903
421-1440
Fax: 421-1442
Email: jm@jmaclaw.com

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: 401-709-5000
Fax: 401-709-5001
Gerard.Sullivan@usdoj.gov