UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 15-36ML |
| v. | |
| CESARE G. DECREDICO, | |
| Defendant. | |

## FINAL ORDER OF FORFEITURE

1. The Court entered a Preliminary Order of Forfeiture with respect to Defendant, Cesare G. Decredico's interest in the following property: (1) Apple laptop computer bearing serial # W8819CMNYJX; (2) Apple laptop computer bearing serial # C1MJ50550TY3; and (3) LEXAR 64 GB Thumb Drive bearing serial # 3383164GGA44135 (hereinafter the "Subject Property").

2. Notice of Forfeiture was published on the government's official internet site, www.forfeiture.gov, for thirty (30) consecutive days, beginning on December 19, 2015 and ending on January 17, 2016, which provided all third parties notice sufficient to petition the Court within thirty (30) days of January 17, 2016.

3. No valid petitions by any third party were filed within thirty (30) days of January 17, 2016.

4. It is hereby ORDERED, ADJUDGED and DECREED that the Subject Property is forfeited to the United States of America, and the United States Marshal is authorized and ordered to dispose of said Subject Property according to law.

BY ORDER:

/s/ Mary M. Lisi
SENIOR JUDGE MARY M. LISI
UNITED STATES DISTRICT COURT
March 24, 2016